No. 169. CLEVELAND AUTOMOBILE Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari

to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ellsworth C. Alvord* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for the United States.